**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | | |
|---|---|---|
| In the Matter of | **F I L E D** | Case Number: |
| ROY FORD, | | |
| Plaintiff, | AUG 0 4 2008 | 08 C 50 1 61 |
| | MICHAEL W. DOBBINS | |
| v. | CLERK, U.S. DISTRICT COURT | Kapala |

ROCKFORD POLICE OFFICERS
Jeffrey Cleaveland, Joel Givens, Christopher Popiclarczyk,
Milo Scheffels, Sisomphow Singmouangthong,
in their individual and official capacities,
    Defendants.

**AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:**

| NAME (Type or print) |
|---|
| Rene Hernandez |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| *Rene Hernandez* |

| FIRM |
|---|
| Law Office of Rene Hernandez, P.C. |

| STREET ADDRESS      1625 East State Street |
|---|

| CITY/STATE/ZIP      Rockford, Illinois 61104 |
|---|

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06220746 | 815-387-0261 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES X | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐