## United States District Court for the Northern District of Illinois

Case Number: 08-50161

Assigned/IssuedBy: pb

---

### FEE INFORMATION

**Amount Due:**
- [ ] $350.00
- [ ] $39.00
- [ ] $5.00
- [ ] IFP
- [x] No Fee
- [ ] Other _____

FILED
AUG 04 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*(For use by Fiscal Department Only)*

Amount Paid: _____     Receipt #: _____

Date Paid: _____     Fiscal Clerk: _____

### ISSUANCES

**Type Of Issuance:**
- [x] Summons
- [ ] Alias Summons
- [ ] Third Party Summons
- [ ] Lis Pendens
- [ ] Non Wage Garnishment Summons
- [ ] Wage-Deduction Garnishment Summons
- [ ] Citation to Discover Assets
- [ ] Writ _____ (Type of Writ)

Original and 20 copies on 8/4/08 (Date) as to Defendants

C:\wpwin80\docket\feeinfo.frm   01/01