UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Western Division

Roy Ford
                          Plaintiff,

v.                                            Case No.: 3:08−cv−50161
                                                       Honorable Frederick J. Kapala

Jeffrey Cleaveland, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

      MINUTE entry before the Honorable P. Michael Mahoney:Status hearing held on 9/3/2008. Response to compliant due by 11/3/2008. Parties to hold Rule 26 Meeting. Case management order due by 11/6/2008. Initial Prtrial Conference set for 11/7/2008 at 01:30 PM. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.